## 1

**PIONEER STEAMSHIP COMPANY, Libellant-Appellee, v. 92,680 BUSHELS OF WHEAT, Part of the Cargo of the Steamer James P. Walsh, Chesapeake Export Company, Inc., Claimant, Respondent and Appellant.**

(Circuit Court of Appeals, Second Circuit. March 15, 1926.)

No. 243.

Appeal from the District Court of the United States for the Western District of New York.

Stanley & Gidley, of Buffalo, N. Y. (Ray M. Stanley and Ellis H. Gidley, both of Buffalo, N. Y., of counsel), for appellant.

Holding, Duncan & Leckie, of Cleveland, Ohio, and Thomas C. Burke, of Buffalo, N. Y., for appellee.

Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Decree (1 F.[2d] 558) affirmed.

## 2

**H. V. PLATTNER, Plaintiff in Error, v. UNITED STATES.**

(Circuit Court of Appeals, Eighth Circuit. January 5, 1926.)

No. 7051.

In Error to the District Court of the United States for the Western District of Missouri.

Ed C. Hyde, of Kansas City, Mo., for plaintiff in error.

Charles C. Madison, U. S. Atty., of Kansas City, Mo.

PER CURIAM. Dismissed, without costs to either party in this court, on motion of defendant in error, under rule 24.

## 3

**O. W. RASH v. OHIO VALLEY BANKING & TRUST COMPANY, Trustee of Green River Jockey Club, Bankrupt.**

(Circuit Court of Appeals, Sixth Circuit. January 14, 1926.)

No. 4488.

Petition to Revise an Order of the District Court of the United States for the Western District of Kentucky; Charles I. Dawson, Judge.

Emile Steinfeld, of Louisville, Ky., and Vance & Heilbronner, of Henderson, Ky., for Petitioner.

Dorsey & Dorsey, of Henderson, Ky., for respondent.

PER CURIAM. Dismissed, pursuant to respondent's motion.

See, also, 5 F.(2d) 259.

## 4

**Otis REESE v. Arthur J. TUTTLE and Charles C. Simons, United States District Judges for the Eastern District of Michigan.**

(Circuit Court of Appeals, Sixth Circuit. November 12, 1925.)

No. 4493.

Petition for Mandamus to the District Court of the United States for the Eastern District of Michigan; Charles C. Simons, Judge.

Otis Reese, of Leavenworth, Kan., for petitioner.

Delos G. Smith, U. S. Atty., of Detroit, Mich., for respondents.

PER CURIAM. Order dismissing proceeding.

## 5

**C. B. RENEGAR v. UNITED STATES.**

(Circuit Court of Appeals, Sixth Circuit. January 4, 1926.)

No. 4416.

In Error to the District Court of the United States for the Western District of Tennessee; J. W. Ross, Judge.

L. H. Graves, of Memphis, Tenn., for plaintiff in error.

S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Dismissed, pursuant to motion of counsel for plaintiff in error.

See, also, 11 F.(2d) 1015.

## 6

**C. B. RENEGAR v. UNITED STATES.**

(Circuit Court of Appeals, Sixth Circuit. January 4, 1926.)

No. 4417.

In Error to the District Court of the United States for the Western District of Tennessee; J. W. Ross, Judge.

L. H. Graves, of Memphis, Tenn., for plaintiff in error.

S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Dismissed, pursuant to motion of counsel for plaintiff in error.

See, also, 11 F.(2d) 1015.

---

1

**REPUBLIC POWER & SERVICE CO., Plaintiff in Error, v. Turner KING, Adm'r, etc.**

(Circuit Court of Appeals, Eighth Circuit. March 13, 1926.)

No. 7328.

In Error to the District Court of the United States for the Eastern District of Arkansas.

J. R. Wilson, of El Dorado, Ark., for plaintiff in error.

Du Val Purkins, of Warren, Ark., for defendant in error.

PER CURIAM. Writ of error dismissed, with costs, on motion of defendant in error.

---

2

**William P. RODGERS, Jr., Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Fifth Circuit. April 3, 1926.)

No. 4660.

In Error to the District Court of the United States for the Southern District of Florida; Lake Jones, Judge.

W. K. Zewadski, Jr., and Jo. Johnson, both of Tampa, Fla., for plaintiff in error.

Wm. M. Gober, U. S. Atty., of Tampa, Fla., and A. W. Henderson, Sp. Asst. Atty. Gen., for the United States.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. The record shows no reversible error. The judgment is affirmed.

---

3

**Robert ROGERS, Libelant Appellant, v. Pennsylvania Railroad Lighter No. 219, Her Tackle, etc.; Pennsylvania Railroad Company, Claimant Appellee.**

(Circuit Court of Appeals, Second Circuit. April 19, 1926.)

No. 318.

Appeal from the District Court of the United States for the Southern District of New York.

Park, Mattison & Lynch and Frank P. Treanor, Jr., all of New York City, for appellant.

Burlingham, Veeder, Masten & Fearey, of New York City (Chauncey I. Clark and Frederic Conger, both of New York City, of counsel), for appellee.

Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. Decree affirmed, with costs.

---

4

**William ROURBECK (alias William F. Rourbeck) v. UNITED STATES.**

(Circuit Court of Appeals, Sixth Circuit. February 3, 1926.)

No. 4598.

In Error to the District Court of the United States for the Eastern District of Michigan; Arthur J. Tuttle, Judge.

Wicker, Quaine & Groat, of Detroit, Mich., for plaintiff in error.

Delos G. Smith, U. S. Atty., of Detroit, Mich.

PER CURIAM. Docketed and dismissed, pursuant to motion of counsel for defendant in error.

---

5

**ROYAL INDEMNITY COMPANY v. HADDAD & KAIRAL CONSTRUCTION COMPANY.**

(Circuit Court of Appeals, Sixth Circuit. October 6, 1925.)

No. 4391.

In Error to the District Court of the United States for the Northern District of Ohio; John M. Killits, Judge.

Fraser, Hiett & Wall, of Toledo, Ohio, and H. E. Garling, of Lima, Ohio, for plaintiff in error.